**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TYLER NORMAN,

Plaintiff

v.

CARSON CITY SHERIFF'S OFFICE, et al.,

Defendants

Case No.: 3:26-cv-00817-ART-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

The court issued an order granting Plaintiff's application to proceed *in forma pauperis* (IFP) and screening Plaintiff's complaint on November 2, 2026. (ECF No.3.)

The case assignment and advisory letter were returned as undeliverable. (ECF No. 6.)

Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: November 17, 2026

Craig S. Denney
United States Magistrate Judge